IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 30 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-00503-BNB

BENAD ABIODUN,
    Applicant,

v.

ERIC HOLDER, U.S. Att'y General, et al.,
    Respondent.

## ORDER OF DISMISSAL

Applicant initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the denial of his petition for naturalization and his removal from the United States in June 2008. On March 16, 2009, Magistrate Judge Boyd N. Boland ordered Applicant to show cause why the application should not be denied because is not in custody for the purposes of the claims he is raising in this action. Pursuant to 28 U.S.C. § 2241(c)(3), the Court has jurisdiction to entertain applications for habeas corpus relief only from persons who are "in custody in violation of the Constitution or laws or treaties of the United States." Applicant was warned that the action would be dismissed without further notice if he failed to show cause within thirty days.

Applicant has failed within the time allowed to show cause why this action should not be dismissed and he has failed to respond in any way to Magistrate Judge Boland's March 16 order. Therefore, the application will be denied and the action will be dismissed because Applicant is not in custody. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed because Applicant is not in custody.

DATED at Denver, Colorado, this 29 day of April, 2009.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00503-BNB

Benad Abiodun
P.O. Box 30677
Secretariat, Agodi,
Ibadan Oyo State, Nigeria

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/30/09

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk